JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROGELIO VILLAREAL VILLANUEVA, | No. SA CV 13-01285-MWF (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 22, 2014

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE